DOE V DEPARTMENT OF CORRECTIONS, Nos. 152406 and 152435; reported below: 312 Mich App 97. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals opinion considering whether the defendants were precluded, under principles of collateral estoppel, from arguing that the 1999 amendment to the Civil Rights Act, MCL 37.2301(b), is constitutional and whether the 1999 amendment to the Civil Rights Act violates equal protection. In light of the Court of Appeals ruling that plaintiffs' complaint should be dismissed under the Prisoner Litigation Reform Act, MCL 600.5501 *et seq.*, it was unnecessary to resolve the remaining issues. In all other respects, the applications for leave to appeal are denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

*Leave to Appeal Granted March 30, 2016:*

LOWERY V ENBRIDGE ENERGY LIMITED PARTNERSHIP, No. 151600; Court of Appeals No. 319199. The parties shall include among the issues to be briefed: (1) whether the plaintiff in this toxic tort case sufficiently established causation to avoid summary disposition under MCR 2.116(C)(10); and (2) whether the plaintiff was required to present expert witness testimony regarding general and specific causation. See *Genna v Jackson*, 286 Mich App 413 (2009).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.